# EXHIBIT 8

# Application of U.S. Patent No. 9,792,662 to TikTok via the TikTok App*

*This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting.  Plaintiff will provide infringement contentions in accordance with the applicable rules, orders, and schedule.

# U.S. Patent No. 9,792,662 – Claim 1

[PRE] A computer-implemented method, comprising:

[A] receiving, from a user interface of a digital imaging device, designation of a selected one of one or more user-selectable embeddable content images thereby providing a user-selected embeddable content image;

[B] displaying the user-selected embeddable content image on an image viewing structure of the digital imaging device;

[C] in conjunction with displaying the user-selected embeddable content image on the image viewing structure, causing visual content captured in real-time by a digital imaging device of the digital imaging device at a current location thereof to be displayed on the image viewing structure in combination with the user-selected embeddable content image, wherein displaying the user-selected embeddable content image includes maintaining the user-selected embeddable content image at a static position within an area of the image viewing structure independent of the visual content that is within a field of view of the digital imaging device at the current location and wherein causing the visual content captured in real-time to be displayed on the image viewing structure in combination with the user-selected embeddable content image includes causing the user-selected embeddable content image to be displayed as a mask applied to the visual content that is being captured in real-time

and

[D] after causing the visual content captured in real-time at the current location to be displayed on the image viewing structure in combination with the user-selected embeddable content image, outputting from the digital imaging device a visual image data structure comprising information defining a visual image representation, wherein the information defining the visual image representation comprises the user-selected embeddable content image and portions of said captured real-time visual content that are visible on the image viewing structure after application of the mask.

| Claim 1 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [PRE] A computer-implemented method, comprising:<br><br>[A] receiving, from a user interface of a digital imaging device, designation of a selected one of one or more user-selectable embeddable content images thereby providing a user-selected embeddable content image; | TikTok and other end users of the TikTok App (collectively "TikTok"), via their use of the TikTok App on a digital imaging device, perform the claimed method. When an effect icon in the effects tray is tapped, TikTok receives a designation of predefined digital content intended to be displayed with a captured image (i.e., designation of a selected one of one or more user-selectable embeddable content images) thereby providing user-selected predefined digital content (i.e., a user-selected embeddable content image).  In the example below, the border/frame graphics are "user-selected predefined digital content."<br><br>   |

| Claim 1 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [B] displaying the user-selected embeddable content image on an image viewing structure of the digital imaging device; | TikTok displays the user-selected predefined digital content (i.e., the user-selected embeddable content image) on the touchscreen display for a smartphone or tablet (i.e., an image viewing structure of the digital imaging device).   |

| Claim 1 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [C] in conjunction with displaying the user-selected embeddable content image on the image viewing structure, causing visual content captured in real-time by a digital imaging device of the digital imaging device at a current location thereof to be displayed on the image viewing structure in combination with the user-selected embeddable content image …<br><br>wherein causing the visual content captured in real-time to be displayed on the image viewing structure in combination with the user-selected embeddable content image includes causing the user-selected embeddable content image to be displayed as a mask applied to the visual content that is being captured in real-time<br><br>and | TikTok causes visual information captured by the camera of the smartphone or tablet at a current location of the smartphone or tablet to be displayed on the touchscreen display in combination with the user-selected predefined digital content (e.g., border/frame graphics in the example below). As shown in the example below, user-selected predefined digital content overlays portions of the image captured by the camera of the smartphone or tablet (i.e., the user-selected embeddable content image is displayed as a mask applied to the visual content that is captured in real-time).<br><br>  |

| Claim 1 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [C] in conjunction with displaying the user-selected embeddable content image on the image viewing structure, causing visual content captured in real-time by a digital imaging device of the digital imaging device at a current location thereof to be displayed on the image viewing structure in combination with the user-selected embeddable content image, wherein displaying the user-selected embeddable content image includes maintaining the user-selected embeddable content image at a static position within an area of the image viewing structure independent of the visual content that is within a field of view of the digital imaging device at the current location …<br><br>and | As shown in the example below, TikTok provides effects for which predefined digital content (e.g., text, graphics) is maintained at a static position within an area of the image viewing structure independent of the visual content that is within a field of view of the digital imaging device. In the example below, the border/frame graphics remain in the same position regardless of what image/video is captured by the smartphone or tablet.<br><br>  |

| Claim 1 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [D] after causing the visual content captured in real-time at the current location to be displayed on the image viewing structure in combination with the user-selected embeddable content image, outputting from the digital imaging device a visual image data structure comprising information defining a visual image representation, wherein the information defining the visual image representation comprises the user-selected embeddable content image and portions of said captured real-time visual content that are visible on the image viewing structure after application of the mask. | After a "TikTok" is captured, TikTok outputs a file that defines a visual image data structure (e.g., an MP4 container) comprising user-selected predefined digital content (e.g., the frame/border graphics in the example below) and the portions of captured real-time visual content (e.g., plant and table in the example below) visible on the touchscreen display of the smartphone or tablet after application of the user-selected predefined digital content.   |

## U.S. Patent No. 9,792,662 – Claim 6

The computer-implemented method of claim 1, further comprising:

prior to transmitting the visual image representation, applying a filter to said captured real-time visual content for altering an appearance of said captured real-time visual content resulting from application of the mask thereon without altering an appearance of the user-selected embeddable content image.

| Claim 6 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| The computer-implemented method of claim 1, further comprising:<br><br>prior to transmitting the visual image representation, applying a filter to said captured real-time visual content for altering an appearance of said captured real-time visual content resulting from application of the mask thereon without altering an appearance of the user-selected embeddable content image. | TikTok applies a filter for altering an appearance of the captured real-time visual content resulting from application of the mask thereon, without altering an appearance of the user-selected embeddable content image. The predefined visual image is displayed with the captured image, covering a portion of the real-time visual content but not changing the predefined visual content. In the example below, the sticker "#ALLINTHISTOGETHER" alters the captured content without altering the border/frame graphics. After application of the filter, the content may be transmitted (e.g., shared as a "TikTok" or posted to another social media application (e.g., Snapchat)).<br><br>  |

# U.S. Patent No. 9,792,662 – Claim 12

[PRE] A non-transitory computer-readable medium having tangibly embodied thereon and accessible therefrom processor-executable instructions that, when executed by at least one data processing device of a data processing system, causes said at least one data processing device to perform a method comprising:

[A] receiving, from a user interface of the digital imaging device, designation of a selected one of one or more user-selectable embeddable content images thereby providing a user-selected embeddable content image;

[B] displaying the user-selected embeddable content image on an image viewing structure of the digital imaging device;

[C] in conjunction with displaying the user-selected embeddable content image on the image viewing structure, causing visual content captured in real-time by a digital imaging device of the digital imaging device at a current location thereof to be displayed on the image viewing structure in combination with the user-selected embeddable content image, wherein displaying the user-selected embeddable content image includes maintaining the user-selected embeddable content image at a static position within an area of the image viewing structure independent of the visual content that is within a field of view of the digital imaging device at the current location and wherein causing the visual content captured in real-time to be displayed on the image viewing structure in combination with the user-selected embeddable content image includes causing the user-selected embeddable content image to be displayed as a mask applied to the visual content that is being captured in real-time

and

[D] after causing the visual content captured in real-time at the current location to be displayed on the image viewing structure in combination with the user-selected embeddable content image, outputting from the digital imaging device a visual image data structure comprising information defining a visual image representation, wherein the information defining the visual image representation comprises the user-selected embeddable content image and portions of said captured real-time visual content that are visible on the image viewing structure after application of the mask.

| Claim 12 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [PRE] A non-transitory computer-readable medium having tangibly embodied thereon and accessible therefrom processor-executable instructions that, when executed by at least one data processing device of a data processing system, causes said at least one data processing device to perform a method comprising: | TikTok via use of the TikTok App on a data processing device, such as a smartphone or table, performs the claimed method.  A smartphone or tablet with TikTok includes a memory storing computer code for execution by one or more processors of the smartphone/tablet (i.e., non-transitory computer-readable medium having tangibly embodied thereon and accessible therefrom processor-executable instructions that, when executed by at least one data processing device of a data processing system, causes said at least one data processing device to perform a method), including code for performing the steps of claim 12.<br><br><br><br>**Source**: https://apps.apple.com/lc/app/tiktok-make-your-day/id835599320<br><br>**Source**: https://play.google.com/store/apps/details?id=com.zhiliaoapp.musically&hl=en_US |

| Claim 12 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [A] receiving, from a user interface of a digital imaging device, designation of a selected one of one or more user-selectable embeddable content images thereby providing a user-selected embeddable content image; | When an effect icon in the effects tray is tapped, TikTok receives a designation of predefined digital content intended to be displayed with a captured image (i.e., designation of a selected one of one or more user-selectable embeddable content images) thereby providing user-selected predefined digital content (i.e., a user-selected embeddable content image).   In the example below, the border/frame graphics are "user-selected predefined digital content."    |

| Claim 12 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [B] displaying the user-selected embeddable content image on an image viewing structure of the digital imaging device; | TikTok displays the user-selected predefined digital content (i.e., the user-selected embeddable content image) on the touchscreen display for a smartphone or tablet (i.e., an image viewing structure of the digital imaging device).   |

| Claim 12 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [C] in conjunction with displaying the user-selected embeddable content image on the image viewing structure, causing visual content captured in real-time by a digital imaging device of the digital imaging device at a current location thereof to be displayed on the image viewing structure in combination with the user-selected embeddable content image …<br><br>wherein causing the visual content captured in real-time to be displayed on the image viewing structure in combination with the user-selected embeddable content image includes causing the user-selected embeddable content image to be displayed as a mask applied to the visual content that is being captured in real-time<br><br>and | TikTok causes visual information captured by the camera of the smartphone or tablet at a current location of the smartphone or tablet to be displayed on the touchscreen display in combination with the user-selected predefined digital content (e.g., border/frame graphics in the example below). As shown in the example below, user-selected predefined digital content overlays portions of the image captured by the camera of the smartphone or tablet (i.e., the user-selected embeddable content image is displayed as a mask applied to the visual content that is captured in real-time).<br><br>  |

| Claim 12 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [C] in conjunction with displaying the user-selected embeddable content image on the image viewing structure, causing visual content captured in real-time by a digital imaging device of the digital imaging device at a current location thereof to be displayed on the image viewing structure in combination with the user-selected embeddable content image, wherein displaying the user-selected embeddable content image includes maintaining the user-selected embeddable content image at a static position within an area of the image viewing structure independent of the visual content that is within a field of view of the digital imaging device at the current location …<br><br>and | As shown in the example below, TikTok provides effects for which predefined digital content (e.g., text, graphics) is maintained at a static position within an area of the image viewing structure independent of the visual content that is within a field of view of the digital imaging device. In the example below, the border/frame graphics remain in the same position regardless of what image/video is captured by the smartphone or tablet.<br><br>  |

| Claim 12 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| [D] after causing the visual content captured in real-time at the current location to be displayed on the image viewing structure in combination with the user-selected embeddable content image, outputting from the digital imaging device a visual image data structure comprising information defining a visual image representation, wherein the information defining the visual image representation comprises the user-selected embeddable content image and portions of said captured real-time visual content that are visible on the image viewing structure after application of the mask. | After a "TikTok" is captured, TikTok outputs a file that defines a visual image data structure (e.g., an MP4 container) comprising user-selected predefined digital content (e.g., the frame/border graphics in the example below) and the portions of captured real-time visual content (e.g., plant and table in the example below) visible on the touchscreen display of the smartphone or tablet after application of the user-selected predefined digital content.<br><br>  |

# **U.S. Patent No. 9,792,662 – Claim 16**

The non-transitory computer-readable medium of claim 12 wherein the method further comprises:

applying a filter to said captured real-time visual content for altering an appearance of said captured real-time visual content resulting from application of the mask thereon without altering an appearance of the user-selected embeddable content image.

| Claim 16 | Application of U.S. Patent No. 9,792,662 |
|---|---|
| The non-transitory computer-readable medium of claim 12 wherein the method further comprises:<br><br>applying a filter to said captured real-time visual content for altering an appearance of said captured real-time visual content resulting from application of the mask thereon without altering an appearance of the user-selected embeddable content image. | TikTok applies a filter for altering an appearance of the captured real-time visual content resulting from application of the mask thereon, without altering an appearance of the user-selected embeddable content image. The predefined visual image is displayed with the captured image, covering a portion of the real-time visual content but not changing the predefined visual content. In the example below, the sticker "#ALLINTHISTOGETHER" alters the captured content without altering the border/frame graphics.<br><br> |